UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY CURCIO, a/k/a BRENDAN WOOLEY,

Defendant.

CASE NO. MJ-26-626

**ORDER OF DETENTION**

In 2024, Defendant appeared in this court after being arrested on charges filed in the Southern District of New York in case number 24-312. The Court issued an order of release and appearance bond. Defendant subsequently appeared in the Southern District of New York and that Court issued an appearance bond. On September 18, 2026, the Southern District of New York issued an arrest warrant in case number 24-312 on the grounds Defendant had violated conditions of his pretrial release by failing to appear on August 26, 2026 for a court hearing; failing to report for urine analysis testing, failing to report for mental health treatment; and failing to report to the pretrial services office. Defendant was arrested on October 7, 2026 and appeared before the undersigned. Although Defendant indicated to the pretrial office that he would attend his August 26, 2026 hearing, he failed to appear. Defendant also failed to appear for another hearing set for September 25, 2026. Defendant did not contest detention.

The Court accordingly **ORDERS**:

(1) The bond issued in 2024 is revoked and Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 7th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge